UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BARRIE ARLISS, individually and on behalf of all others similarly situated,<br><br>                                    Plaintiffs,<br><br>v.<br><br>GROUPON, Inc., a Delaware Corporation, d/b/a Groupon, et al.<br><br>                                    Defendants. | Case No.:  18cv1977 DMS(LL)<br><br>**ORDER DISMISSING CASE** |

This case was part of an MDL proceeding in this Court, *In re Groupon*, Case No. 11md2238 DMS (RBB).  Pursuant to the Settlement Agreement in that case, this case was dismissed with prejudice on March 23, 2016.  *See In re Groupon*, Case No. 11md2238 DMS (RBB), ECF No. 183 at 7.  More than two years later, the United States District Court for the Western District of Washington transferred the case back to this Court.  *See* ECF No. 13.  The reason for that transfer is unclear, but no party to the case has informed the Court that any portion of the case remains open and pending, and indeed no action has been

/ / /

/ / /

/ / /

1  taken in the case since the transfer over two years ago.  Accordingly, consistent with the
2  Court's order and judgment in *In re Groupon*, this case is hereby dismissed with prejudice.
3  The Clerk of Court shall enter judgment accordingly and terminate this case.
4      **IT IS SO ORDERED**.
5  Dated:  September 30, 2020

Hon. Dana M. Sabraw
United States District Judge